COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-08-268-CV

 

CHARLIE
S. MARTINEZ, JR.                                                APPELLANTS

AND MAGDALENA S.
MARTINEZ, 

AS TRUSTEE OF THE CHARLIE
S. 

MARTINEZ, JR., TRUST

 

                                                   V.

 

CITY
OF FORT WORTH,                                                        APPELLEES

CITY OF NORTH RICHLAND
HILLS, 

BIRDVILLE INDEPENDENT
SCHOOL DISTRICT, 

COUNTY OF TARRANT,
TARRANT COUNTY 

HOSPITAL DISTRICT,
TARRANT COUNTY 

COLLEGE DISTRICT, TARRANT
COUNTY 

REGIONAL WATER DISTRICT,
AND FORT 

WORTH INDEPENDENT SCHOOL
DISTRICT 

                                               ----------

           FROM
THE 236TH DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellants= Motion
To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See Tex. R. App. P. 42.1(a)(1), 43.2(f).








Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.  See Tex. R. App. P. 43.4.

 

PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DELIVERED:  February 5, 2009











[1]See Tex. R. App. P. 47.4.